LINDA WENDELL HSU (SBN 162971)
lhsu@selmanlaw.com
MARK E. INBODY (SBN 180862)
minbody@selmanlaw.com
REBEKAH SHAPIRO (SBN 262834)
rshapiro@selmanlaw.com
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA 94105-4537
Telephone: 415.979.0400
Facsimile: 415.979.2099

Attorneys for Plaintiff
NATIONWIDE MUTUAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| NATIONWIDE MUTUAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S, LONDON,<br><br>Defendant. | Case No. 3:15-CV-05503-RS<br><br>[~~PROPOSED~~] ORDER GRANTING NATIONWIDE MUTUAL INSURANCE COMPANY'S MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES<br><br>Judge:   Richard Seeborg<br><br>Complaint Filed:   December 1, 2015 |
|---|---|

The Court having reviewed Plaintiff Nationwide Mutual Insurance Company's Motion to Continue Initial Case Management Conference and Related Deadlines, the Court grants Nationwide Mutual Insurance Company's request to continue the initial case management conference from March 3, 2016 to May 5, 2016 and to continue related deadlines, as set forth herein.

**IT IS SO ORDERED:**

| CASE SCHEDULE – ADR MULTI-OPTION PROGRAM | | |
|---|---|---|
| Date | Event | Governing Rule |
| 12/1/2015 | Complaint Filed | |
| 4/14/16 | *Last day to:<br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | FRCivP 26(f) & ADR L.R.3-5 |
| | • file ADR Certification signed by Parties and Counsel (form available at http://www.cand.uscourts.gov) | Civil L.R. 16-8(b) & ADR L.R. 3-5(b) |
| | • file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference http://www.adr.cand.uscourts.gov (form available at http://www.cand.uscourts.gov) | Civil L.R. 16-8(c) & ADR L.R. 3-5(b) |
| 4/28/16 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement (also available at http://www.cand.uscourts.gov) | FRCivP 26(a)(1) Civil L.R. 16-9 |
| 5/5/16 | INITIAL CASE MANAGEMENT CONFERENCE (CMC) at 10:00 AM in:<br>Courtroom 3, 17th Floor<br>United States Courthouse<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 | Civil L.R. 16-10 |

Dated: 2/18/16

Honorable RICHARD SEEBORG
Judge of the United States District Court