1  JOAN E. COCHRAN, ESQ., SBN 128251
2  joan@cochranlaw1.com
   LISA KRALIK HANSEN, ESQ., SBN 149455
3  lisa@cochranlaw1.com
4  **COCHRAN, DAVIS & ASSOCIATES, P.C.**
   36 Malaga Cove Plaza, Suite 206
5  Palos Verdes Estates, CA 90274
6  (310) 373-0900 - telephone
   (310) 373-0244 - facsimile
7
   **Attorneys for Plaintiff,**
8  **CERTAIN UNDERWRITERS AT LLOYD'S, LONDON**
9
10
11              UNITED STATES DISTRICT COURT
12              NORTHERN DISTRICT OF CALIFORNIA
13
14 | NATIONWIDE MUTUAL INSURANCE COMPANY | ) Case Number: 4:15-CV-05503-RS
15 |                                     | ) [~~PROPOSED~~] **ORDER ON JOINT STIPULATION TO (1) EXTEND THE TIME FOR DEFENDANT CERTAIN UNDERWRITERS AT LLOYD'S, LONDON TO RESPOND TO THE FIRST AMENDED COMPLAINT PURSUANT TO LOCAL RULE 6-1 AND (2) MODIFY DATES SET FOR CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**
16 |                    Plaintiff,      | )
17 | v.                                  | )
18 | CERTAIN UNDERWRITERS AT LLOYD'S, LONDON. | )
19 |                                     | )
20 |                    Defendant.       | )
21 |                                     | ) [Filed with Joint Stipulation and Motion Pursuant to Local Rule 16-2]

1
_____
**[PROPOSED] ORDER ON JOINT STIPULATION**
**Case No. 4:15-CV-05503-RS**

Having reviewed the Joint Stipulation to (1) Extend The Time For Defendant Certain Underwriters At Lloyd's, London to Respond To The First Amended Complaint and (2) Modify Dates Set For Case Management Conference And Related Deadlines, IT IS HEREBY ORDERED as follows:

1. Defendant shall respond to the First Amended Complaint on or before April 28, 2016.
2. The dates set forth in the Court's Order dated February 18, 2016, granting Plaintiff's Motion to Continue Initial Case Management Conference And Related Deadlines, are modified as follows:

| CASE SCHEDULE – ADR MULTI-OPTION | | |
|---|---|---|
| **Date** | **Event** | **Governing Rule** |
| 4/28/16 | *Last day to:<br>• Meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | FRCivP 26(f) & ADR L.R.3-5 |
|  | • File ADR Certification signed by Parties and Counsel<br><br>(form available at http://www.cand.uscourts.gov) | Civil L.R. 16-8(b) & ADR L.R. 3-5(b) |
|  | • File either Stipulation to ADR Process or Notice of Need for ADR Phone Conference<br><br>http://www.adr.cand.uscourts.gov<br><br>(form available at http://www.cand.uscourts.gov) | Civil L.R. 16-8(c) & ADR L.R. 3-5(b) |
| 5/26/16 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement (also available at http://www.cand.uscourts.gov) | FRCivP 26(a)(1)<br>Civil L.R. 16-9 |

| | | |
|---|---|---|
| ~~6/2/16~~ <br> 6/9/16 | INITIAL CASE MANAGEMENT CONFERENCE (CMC) at 10:00 AM in: <br><br> Courtroom 3, 17th Floor <br> United States Courthouse <br> 450 Golden Gate Avenue <br> San Francisco, CA 94102 | Civil L.R. 16-10 |

DATE:  4/12/16

*[signature]*
_____
HON. RICHARD SEEBORG
Judge of the United States District Court