LINDA WENDELL HSU (SBN 162971)
lhsu@selmanlaw.com
MARK E. INBODY (SBN 180862)
minbody@selmanlaw.com
REBEKAH SHAPIRO (SBN 262834)
rshapiro@selmanlaw.com
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA 94105-4537
Telephone: 415.979.0400
Facsimile: 415.979.2099

Attorneys for Plaintiff
NATIONWIDE MUTUAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONWIDE MUTUAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S, LONDON,<br><br>Defendant. | Case No. 3:15-CV-05503-RS<br><br>STIPULATION TO AMEND CASE MANAGEMENT SCHEDULING ORDER AND SETTING MOTION AND DISCOVERY DEADLINES, AND [~~PROPOSED~~] ORDER<br><br>Judge: Richard Seeborg<br><br>Complaint Filed: December 1, 2015<br>Motion Cut-Off: August 3, 2017<br>Trial Date: November 13, 2017 |

1. WHEREAS, the parties entered into a Stipulation to Amend Case Management Scheduling Order and Setting Motion and Discovery Deadlines [Docket # 57] regarding motions for summary judgment and regarding depositions.

2. WHEREAS, after beginning preparation of these motions for summary judgment and meeting and conferring, the parties require an additional two weeks to prepare the motions for summary judgment.

3. WHEREAS, the facts and allegations described in paragraphs 4 through 10 below remain as they were when first presented to the Court in the prior Stipulation to Amend Case Management Scheduling Order and Setting Motion and Discovery Deadlines [Docket # 56 and 57].

4. WHEREAS, the parties have exchanged over ten boxes of documents, responded to written discovery, and received documents pursuant to subpoenas.

5. WHEREAS, the parties have attended one mediation session with mediator Vivien Williamson and are continuing to have settlement discussions through the mediator.

6. WHEREAS, Plaintiff Nationwide Mutual Insurance Company ("Nationwide") plans to file a motion for summary judgment which it believes, if granted, will resolve all issues in the case.

7. WHEREAS, Defendant Certain Underwriters at Lloyd's, London ("Certain Underwriters") also plan to file a motion for summary judgment on the lack of coverage under their policy.

8. WHEREAS, Certain Underwriters wishes to take at least five (5) depositions and not wait to take those depositions until after motions for summary judgment are heard, namely:

   a. Kevin Gilbert, who is not a party to this action;
   b. Kevin Place, who is not a party to this action;
   c. Federal Rule of Civil Procedure 30(b)(6) designee of K&K Insurance Group, Inc., which is not a party to this action;
   d. Federal Rule of Civil Procedure Rule 30(b)(6) designee of Cannon Cochran Management Services, Inc. ("CCMSI") and/or Margie Hickey of CCMSI, who are not parties to this action; and
   e. Federal Rule of Civil Procedure Rule 30(b)(6) designee of Nationwide.

9. WHEREAS, Nationwide objects to these depositions as premature and unnecessary because it believes its motion for summary judgment will resolve all issues, and Certain Underwriters are not agreeable to waiting to take the five sought depositions until after Nationwide's motion for summary judgment is heard.

10. WHEREAS, the parties wish to avoid the time and expense of retaining experts on issues that can be resolved without expert testimony through a motion for summary judgment.

THEREFORE the parties agree to the following briefing schedule for the motions for summary judgment and request that the Court amend its July 23, 2016 Case Management Scheduling Order [Docket #50] and Stipulation to Amend Case Management Scheduling Order and Setting Motion and Discovery Deadlines [Docket # 57] to set the following new deadlines:

**MOTION FOR SUMMARY JUDGMENT**

1. On or before May 4, 2017, Nationwide and Certain Underwriters will file motions for summary judgment.
2. On or before May 18, 2017, oppositions to the motions for summary judgment will be filed.
3. On or before May 25, 2017, replies to any oppositions to the motions for summary judgment will be filed.
4. The hearing on both motions for summary judgment will take place on June 8, 2017, at 1:30 p.m.

**DEPOSITIONS**

**(NO CHANGE FROM DOCKET #57)**

1. No depositions shall take place prior to April 20, 2017.
2. The parties shall meet and confer regarding the necessity and/or scheduling of depositions following the filing of the motions for summary judgment, keeping in mind the discovery deadlines set forth below and all relevant Local and Federal Rules.

**DISCOVERY DEADLINES**

1. On or before August 3, 2017, all non-expert discovery shall be completed by the parties. [No change from Docket #57.]
2. On or before June 16, 2017, parties will designate experts in accordance with Federal Rule of Civil Procedure 26(a)(2).
3. On or before August 3, 2017, all discovery of expert witnesses pursuant to Federal Rule of Civil Procedure 26(b)(4) shall be completed. [No change from Docket #57.]

DATED: April 19, 2017                    SELMAN BREITMAN LLP


By: /s/ Rebekah R. Shapiro
    LINDA WENDELL HSU
    MARK E. INBODY
    REBEKAH SHAPIRO
Attorneys for Plaintiff
NATIONWIDE MUTUAL INSURANCE COMPANY


DATED: April 19, 2017                    COCHRAN, DAVIS & ASSOCIATES, P.C.


By: /s/ Lisa Kralick Hansen
    JOAN COCHRAN
    LISA KRALICK HANSEN
Attorneys for Defendant
CERTAIN UNDERWRITERS AT LLOYD'S, LONDON

## [~~PROPOSED~~] ORDER

Having reviewed the Stipulation to Amend Case Management Scheduling Order and Setting Motion and Discovery Deadlines, and good cause appearing, IT IS HEREBY ORDERED as follows:

### MOTION FOR SUMMARY JUDGMENT

1. On or before May 4, 2017, Nationwide and Certain Underwriters will file motions for summary judgment.

2. On or before May 18, 2017, oppositions to the motions for summary judgment will be filed.

3. On or before May 25, 2017, replies to any oppositions to the motions for summary judgment will be filed.

4. The hearing on Nationwide's and Certain Underwriters' motions for summary judgment

4
STIPULATION TO AMEND CASE MANAGEMENT SCHEDULING ORDER AND SETTING MOTION AND DISCOVERY DEADLINES, AND [PROPOSED] ORDER
3:15-CV-05503-RS

will take place on June 8, 2017, at 1:30 p.m.

## DEPOSITIONS

### (NO CHANGE FROM DOCKET #57)

1. No depositions shall take place prior to April 20, 2017.

2. The parties shall meet and confer regarding the scheduling of depositions, keeping in mind the discovery deadlines set forth below and all relevant Local and Federal Rules.

## DISCOVERY DEADLINES

1. On or before August 3, 2017, all non-expert discovery shall be completed by the parties. [No change from Docket #57.]

2. On or before June 16, 2017, parties will designate experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

3. On or before August 3, 2017, all discovery of expert witnesses pursuant to Federal Rule of Civil Procedure 26(b)(4) shall be completed. [No change from Docket #57.]

All other deadlines and orders to remain unchanged.

Dated: 4/27, 2017

_____
RICHARD SEEBORG
United States District Judge