LINDA WENDELL HSU (SBN 162971)
lhsu@selmanlaw.com
MARK E. INBODY (SBN 180862)
minbody@selmanlaw.com
REBEKAH SHAPIRO (SBN 262834)
rshapiro@selmanlaw.com
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA 94105-4537
Telephone: 415.979.0400
Facsimile: 415.979.2099

Attorneys for Plaintiff
NATIONWIDE MUTUAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONWIDE MUTUAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S, LONDON,<br><br>Defendant. | Case No. 3:15-CV-05503-RS<br><br>STIPULATION TO AMEND CASE MANAGEMENT SCHEDULING ORDER AND SETTING DISCOVERY DEADLINE AND [~~PROPOSED~~] ORDER<br><br>Judge: Richard Seeborg<br><br>Complaint Filed: December 1, 2015<br>Motion Cut-Off: August 3, 2017<br>Trial Date: November 13, 2017 |

1. WHEREAS, motions for summary judgment are under submission to the Court [Docket # 74].

2. WHEREAS, the parties wish to avoid the time and expense of retaining experts on issues that will be resolved through the motions for summary judgment.

THEREFORE the parties agree and request that the Court amend its April 27, 2017 Order on the parties' Stipulation to Amend Case Management Scheduling Order and Setting Motion and Discovery Deadlines [Docket # 59] to set the following new deadline:

///

///

---

1

STIPULATION TO AMEND CASE MANAGEMENT SCHEDULING ORDER AND SETTING DISCOVERY
DEADLINE, AND [PROPOSED] ORDER
3:15-CV-05503-RS

On or before July 13, 2017, parties will designate experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

DATED: June 14, 2017　　　　　SELMAN BREITMAN LLP

By: /s/ Rebekah R. Shapiro
　　LINDA WENDELL HSU
　　MARK E. INBODY
　　REBEKAH SHAPIRO
Attorneys for Plaintiff
NATIONWIDE MUTUAL INSURANCE COMPANY

DATED: June 14, 2017　　　　　COCHRAN, DAVIS & ASSOCIATES, P.C.

By: /s/ Lisa Kralick Hansen
　　JOAN COCHRAN
　　LISA KRALICK HANSEN
Attorneys for Defendant
CERTAIN UNDERWRITERS AT LLOYD'S, LONDON

### [PROPOSED] ORDER

Having reviewed the Stipulation to Amend Case Management Scheduling Order and Setting Discovery Deadline, and good cause appearing, IT IS HEREBY ORDERED as follows:

On or before July 13, 2017, parties will designate experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

All other deadlines and orders to remain unchanged.

Dated: 6/19, 2017

_____
RICHARD SEEBORG
United States District Judge