LINDA WENDELL HSU (SBN 162971)
lhsu@selmanlaw.com
MARK E. INBODY (SBN 180862)
minbody@selmanlaw.com
REBEKAH SHAPIRO (SBN 262834)
rshapiro@selmanlaw.com
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA 94105-4537
Telephone: 415.979.0400
Facsimile: 415.979.2099

Attorneys for Plaintiff
NATIONWIDE MUTUAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONWIDE MUTUAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S, LONDON,<br><br>Defendant. | Case No. 3:15-CV-05503-RS<br><br>STIPULATION AND [~~PROPOSED~~] ORDER FOR STAY<br><br>Judge:    Richard Seeborg<br><br>Complaint Filed:    December 1, 2015<br>Trial Date:    November 13, 2017 |

1. WHEREAS, motions for summary judgment are under submission to the Court [Docket # 74].

2. WHEREAS, the Court, on its own motion, recently continued the next Case Management Conference to August 24, 2017, which is after the August 3, 2017 deadline for completing discovery and hearing pre-trial motions [Docket # 50, 59 and 78].

3. WHEREAS, the parties wish to avoid the time and expense of discovery and motions on issues that will be resolved through the motions for summary judgment.

///

///

THEREFORE the parties agree and request that the Court stay the case pending a ruling on the motions for summary judgment and vacate the August 3, 2017 discovery and motion deadline.

DATED: July 10, 2017    SELMAN BREITMAN LLP

By: /s Linda Wendell Hsu
    LINDA WENDELL HSU
    MARK E. INBODY
    REBEKAH SHAPIRO
Attorneys for Plaintiff
NATIONWIDE MUTUAL INSURANCE COMPANY

DATED: July 10, 2017    COCHRAN, DAVIS & ASSOCIATES, P.C.

By: /s Lisa Kralick Hansen
    JOAN E. COCHRAN
    LISA KRALIK HANSEN
Attorneys for Defendant
CERTAIN UNDERWRITERS AT LLOYD'S, LONDON

IT IS SO ORDERED.

Dated: 7/11/17

_____
Honorable RICHARD SEEBORG
Judge of the United States District Court